UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT GREENE,                                          CASE NO.

    PLAINTIFF,

vs.

UNITED STATES OF AMERICA,

    DEFENDANT.
_____/

## COMPLAINT

Plaintiff, ROBERT GREENE, by and through their undersigned attorneys, sues the Defendant, UNITED STATES OF AMERICA (hereinafter "U.S.A."), and states as follows:

## JURISDICTION, SERVICE, & VENUE

This is an action for damages in excess of Seventy-five Thousand Dollars ($75,000.00), exclusive of interest and costs.

This Court has jurisdiction under the Federal Tort Claims Act and the provisions of 28 U.S.C. §1346(b). Venue is proper in this Court pursuant to 28 USC §§1391(a), §1402(b), and §2671, *et seq*.

On or about July 23, 2021, the Plaintiff's claims, in proper form and content and in accordance with federal law, were submitted to the Department of Defense – the applicable federal agency – within two years after their claims accrued.

Pursuant to the provisions of 28 U.S.C. §2675, on July 23, 2021, Plaintiff, ROBERT GREENE, provided written notice to the Defendant, U.S.A., of his claims for money damages. The Standard Form 95 form for ROBERT GREENE is attached hereto and incorporated by reference herein respectively as Exhibit "A".

A period of more than six months has transpired since the notice was given to the U.S.A. Defendant has not made a final disposition of the claim. Accordingly, under 28 U.S.C. §2675(a), the failure of Defendant to make a final disposition constitutes a denial of Plaintiff's claims.

Plaintiff, ROBERT GREENE, has exhausted his administrative remedies and is entitled to bring this action pursuant to 28 U.S.C. §2675 *et seq*.

## GENERAL ALLEGATIONS

At all times material hereto Travis Charles Worzella was an employee of and acting in the course and scope of his employment with the United States Military, an agency or subdivision of the Department of Defense under the U.S.A.

On September 12, 2019, Travis Charles Worzella, operated a motor vehicle owned by and with the permission of the United States Military on Florida State Road 528 (Beachline Expressway) near Mile Marker 6 in Orlando, Orange County, Florida.

At that time and place, Travis Charles Worzella, negligently operated or maintained the motor vehicle in that he failed to yield the right of way so that the Defendant's motor vehicle collided with the vehicle owned and operated by the Plaintiff, ROBERT GREENE, causing ROBERT GREENE's vehicle to rotate counter clockwise, pinning ROBERT GREENE's vehicle to the front of Defendant's vehicle dragging him for approx. 135 feet before coming to a stop.

As a proximate result of the negligence of the Defendant, the Plaintiff, ROBERT GREENE, suffered injuries, that would not have otherwise occurred. ROBERT GREENE pleads for all damages available

under Florida state law, federal law, and equity including, but not limited to:

1. Past and future physical pain and suffering;
2. Past and future mental anguish;
3. Past and future suffering, humiliation, and emotional distress;
4. Past and future physical impairment and disability;
5. Past and future physical disfigurement;
6. Past and future reasonable charges necessary for medical care, nursing, hospital, rehabilitation services, custodial care, health care, supplies, attendant care expenses and other health services;
7. Past and future reasonable and necessary expenses for substitute domestic services;
8. bodily injury and resulting pain and suffering;
9. Loss of capacity for enjoyment of life;
10. Aggravation of a pre-existing condition; and
11. Lost wages and loss of ability to earn income/wages.

These losses are either permanent or continuing, and Plaintiff will continue to suffer these losses in the future. Further, as a result of the negligence of the Defendant, ROBERT GREENE suffered additional damages in that the vehicle described above was damaged. Plaintiff, ROBERT GREENE, lost the use of the vehicle for a period of time and the Plaintiff's vehicle suffered a decrease in value after the repairs were completed.

The negligence of the U.S.A.'s employee, Travis Charles Worzella, as described above caused or contributed to the injuries and/or damages sustained by ROBERT GREENE.

**WHEREFORE**, Plaintiffs pray for relief as follows: That Plaintiffs be awarded all reasonable damages to make them whole from the injuries, damages, and losses suffered as a result of the wrong-doing of the Defendant, including both economic and non-economic damages. That Plaintiff be awarded reasonable costs and fees for the prosecution of this action as allowed by law. That Plaintiff RICARDO ORTOLAZA be awarded damages for his loss of consortium. That Plaintiff be awarded all other damages and compensation to which they are legally entitled under the facts and circumstances of this case.

## DEMAND FOR JURY TRIAL

Plaintiff, ROBERT GREENE, demands a jury trial on all issues so triable of each and every one of the claims set forth above.

**WHEREFORE**, Plaintiff, ROBERT GREENE, demands judgment for damages, costs of suit and, to the extent allowed by law, prejudgment interest against the Defendant, the United States of America.

**RESPECTFULLY** submitted this DATED this 4th day of November 2022.

/s/ *S. Maxwell Karrick, Esq.*
Maxwell Karrick, Esquire
Dan Newlin Injury Attorneys
Florida Bar No.: 119762
7335 W. Sand Lake Road
Suite 300
Orlando, FL 32819
Phone: (407) 888-8000
Attorney for Plaintiff
Maxwell.Karrick@newlinlaw.com
Fabiola.Nazario@newlinlaw.com
Nathaly.Hernandezrosario@newlinlaw.com